■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID KEVREKIAN, Appellant. [756 NYS2d 746] —Judgment, Supreme Court, New York County (Laura Drager, J.), rendered December 20, 2001, convicting defendant, after a jury trial, of criminal possession of stolen property in the fourth degree and two counts of possession of burglar's tools, and sentencing him, as a second felony offender, to concurrent terms of 2 to 4 years, 1 year and 1 year, unanimously affirmed.

The verdict was not against the weight of the evidence. The totality of the evidence warranted the inference of larcenous intent (*see People v Kirnon*, 39 AD2d 666, 667 [1972], *affd* 31 NY2d 877 [1972]), and the jury properly discredited defendant's testimony that he only intended to borrow the car. We note that defendant was arrested in possession of the car at a location that was inconsistent with his claimed destination. Concur—Buckley, P.J., Nardelli, Andrias, Friedman and Gonzalez, JJ.